PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

Delaware

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  James Christopher Peterson

Case Number:   0311 1:08CR00150-001

Name of Sentencing Judicial Officer:  Honorable Sue L. Robinson, Senior U.S. District Judge

Date of Original Sentence:  06/09/2009

Original Offense:
Transportation of child pornography

Original Sentence:  Prison 108M, TSR 120M

Type of Supervision:  TSR                                         Date Supervision Commenced:  05/11/2016

## PETITIONING THE COURT

☐ To extend the term of supervision for          years, for a total term of          years.

☒ To modify the conditions of supervision as follows:

James Christopher Peterson shall be placed in a Residential Re-entry Center (RRC) for a period of two months. While in the RRC, Mr. Peterson shall abide by all program rules, and shall be permitted to work at a lawful occupation, as approved by the United States Probation Office. Mr. Peterson's requirement to pay subsistence fees shall be waived.

PROB 12B
(7/93)

## CAUSE

James Christopher Peterson has submitted to urinalysis testing that yielded positive results, and admitted to the use of illegal controlled substances on the following dates:

| Date: | Substance used: |
|---|---|
| September 1, 2017 | Marijuana and Cocaine |
| September 14, 2017 | Cocaine |
| December 14, 2017 | Cocaine |

Mr. Peterson has been referred to a drug treatment program at Connections Incorporated. He has agreed to address his drug use and take responsibility for his non-compliant behavior. As such, he waived his right to a hearing, as well as the assistance of counsel, and agreed to the proposed modification. This officer believes that a punitive sanction of a residential re-entry placement will address his non-compliant behavior, while allowing him to remain in the community and retain his employment.

On January 2, 2018, this officer contacted Assistant U.S. Attorney Daniel Logan, who agreed with the proposed modification request.

Respectfully submitted,

by

U.S. Probation Officer

Date:   1/2/18

Reviewed by:

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above.

☐ Other

_____

Signature of Judicial Officer

_____

Date

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF DELAWARE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall be placed in a Residential Re-entry Center (RRC) for a period of two (2) months. While in the center, you shall abide by all program rules. You shall be permitted to attend treatment and work at a lawful occupation, as approved by the United States Probation Office. Subsistence shall be waived

Witness: _____     Signed: _____
Sr. United States Probation Officer                    Supervised Releasee

12/14/17
DATE